GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for TAURUS MARINE, INC.

RECEIVED 08 JUL -2 PM 4:35 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

## THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *TERILYN* HER ENGINES, TACKLE, APPURTENANCES IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>v.<br><br>THE COUNTY OF MARIN, STATE OF CALIFORNIA,<br><br>Claimant. | CASE NO.: CV 08 3195<br><br>DECLARATION OF VALUE OF TUG *TERILYN* BY DANA TEICHEIRA, CMS |

I, Dana Teicheira, principal of Teicheira Maritime Surveyors, LLC of Petulama, CA, declare as follows:

1.  I was before and on 4 January 2008, and am now, a certified marine surveyor (National Association of Marine Surveyors). I do business as Teicheira Maritime Surveyors, LLC. During 2008, I was hired by petitioner TAURUS MARINE, INC. to determine the value of the Tug TERILYN.

//

2.  I have personal knowledge of the facts set forth herein. If called to testify, I would and could competently testify as to the matters stated herein.

3.  Based upon my own knowledge, experience and opinion, on 4 January 2008 the value of the Tug TERILYN, her engines, tackle, appurtenances, etc., was $1,000,000.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Dated: June 26, 2008

TEICHEIRA MARITIME SURVEYORS, LLC

By: [signature]

**DANA TEICHEIRA**
**CERITIFIED MARINE SURVEYOR**



[Seal: National Association of Marine Surveyors — DANA R. TEICHEIRA No. 105-726 — Certified Marine Surveyor]

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344