1  GEORGE W. NOWELL (SBN: 83868)
   george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
   paul.arenas@nowelllaw.com
3  JOHN H. CIGAVIC III (SBN: 231806)
   john.cigavic@nowelllaw.com
4  LAW OFFICES OF GEORGE W. NOWELL
   120 Montgomery Street, Suite 1990
5  San Francisco, CA 94104
   Telephone: (415) 362-1333
6  Facsimile: (415) 362-1344
   Attorneys for TAURUS MARINE, INC.

ORIGINAL FILED

JUL - 2 2008

E-filing

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

CV 08 3195 EMC

IN RE COMPLAINT OF TAURUS MARINE, ) CASE NO.:
INC. AS OWNERS AND/OR OPERATORS OF )
THE TUG *TERILYN* HER ENGINES, ) CERTIFICATION OF INTERESTED
TACKLE, APPURTENANCES IN A CAUSE ) PARTIES
OF EXONERATION FROM OR LIMITATION )
OF LIABILITY, ) L.R. 3-16
)
        Petitioner, )
)
v. )
)
THE COUNTY OF MARIN, STATE OF )
CALIFORNIA, )
)
        Claimant. )
)

//
//
//
//
//
//
//
//

1
CERTIFICATION OF INTERESTED PARTIES

P0701.2008-1784

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1)  TAURUS MARINE, INC.;

(2)  CROSSLINK CAPITAL, INC.

(3)  TUG *TERILYN* HER ENGINES, TACKLE, APPURTENANCES;

(4)  ONEBEACON (INTERNATIONAL MARINE UNDERWRITERS / NORTHERN ASSURANCE CO. OF AMERICA);

(5)  FIREMAN'S FUND INSURANCE COMPANY;

(6)  STARR MARINE AGENCY, INC.;

(7)  MANSON CONSTRUCTION COMPANY;

(8)  DUTRA CONSTRUCTION COMPANY;

(9)  MANSON / DUTRA JOINT VENTURE; AND

(10) COUNTY OF MARIN OF THE STATE OF CALIFORNIA.

Dated:    1 July 2008

LAW OFFICES OF GEORGE W. NOWELL

By: _____
JOHN H. CIGAVIC III
Attorneys for petitioner
TAURUS MARINE, INC.