```
GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@ nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for TAURUS MARINE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COMPLAINT OF TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG TERILYN HER ENGINES, TACKLE, APPURTENANCES IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Plaintiff(s),<br><br>v.<br><br>THE COUNTY OF MARIN, STATE OF CALIFORNIA,<br><br>Defendant(s). | No. C V 08 3195 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 4 August 2008          Signature _[signature]_

Counsel for TAURUS MARINE, INC.
(Plaintiff, Defendant, or indicate "pro se")

John H. Cigavic, Esq.