```
                                                    RECEIVED
 1  GEORGE W. NOWELL (SBN: 83868)
    george.nowell@nowelllaw.com                     08 JUL -2 PM 4: 34
 2  PAUL B. ARENAS (SBN: 167863)
    paul.arenas@nowelllaw.com                       RICHARD W. WIEKING
 3  JOHN H. CIGAVIC III (SBN: 231806)               CLERK, U.S. DISTRICT COURT
    john.cigavic@nowelllaw.com                      NORTHERN DISTRICT OF CALIFORNIA
 4  LAW OFFICES OF GEORGE W. NOWELL        E-filing
    120 Montgomery Street, Suite 1990
 5  San Francisco, CA 94104
    Telephone: (415) 362-1333
 6  Facsimile: (415) 362-1344
    Attorneys for TAURUS MARINE, INC.
 7
 8             THE UNITED STATES DISTRICT COURT
 9             NORTHERN DISTRICT OF CALIFORNIA        EMC
                   (SAN FRANCISCO DIVISION)
10
```

| | |
|---|---|
| IN RE COMPLAINT OF TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *TERILYN* HER ENGINES, TACKLE, APPURTENANCES IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>v.<br><br>THE COUNTY OF MARIN, STATE OF CALIFORNIA,<br><br>Claimant. | CASE NO.: CV 08 3195<br><br>AD INTERIM STIPULATION<br><br>IN ADMIRALTY<br><br>FRCivP SUPP RULE F |

//
//
//
//
//
//
//
//
//

1   **WHEREAS,** TAURUS MARINE, INC. ("petitioner"), as owner and/or operator of the
2   Tug TERILYN, will institute a proceeding for exoneration from, or limitation of, liability on
3   account of all losses, damages, or destruction allegedly resulting from the casualty described in
4   the Complaint filed herewith involving an allision of Dutra Construction Company Sand Scow
5   CK-7 with the McNear Fishing Pier, on the Marin County coast in the San Francisco Bay on 4
6   January 2008, in which the petitioner prays, *inter alia*, that the Court will cause due
7   appraisement to be made of the value of its interest in the above described vessel upon a
8   reference to be ordered, and that a Notice be issued to all persons concerning claims for loss,
9   damage, or destruction, admonishing them to file their respective claims with the Clerk of this
10  Court, to answer the Complaint if they desire to do so and to serve on petitioner's attorneys
11  copies thereof, and that an injunction issue restraining the commencement and prosecution of
12  any actions or proceedings against petitioner, or against any of its property resulting from the
13  matters described in the Complaint; and
14  **WHEREAS,** petitioner desires to provide an Ad Interim Stipulation for the value of its
15  interest in the above described vessel as security for claims herein described, pending the
16  ascertainment by reference of the amount of value of petitioner's interest in the vessel, as
17  ultimately may be required by law.
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1     **NOW THEREFORE**, in consideration of the premises, INTERNATIONAL MARINE
2 UNDERWRITERS/NORTHERN ASSURANCE CO. OF AMERICA, having an office and
3 place of business at One Front Street, Suite 800, San Francisco, CA 94111, hereby undertakes in
4 the sum of $1,001,000, with interest thereon from the date hereof at the rate of 6 percent, to act
5 as surety and cause to be filed on Order of the Court a corporate surety bond in an amount and
6 sufficiency as may be determined by the Court (but in no event to exceed the sum $1,001,000
7 plus interest from the date of filing at a rate of 6.00% per anum) to provide security for these
8 limitation proceedings and to establish the limitation fund; petitioner will abide by further Orders
9 of the Court and pay to the Court the amount of its interest (with legal interest) from the date
10 hereof in the event that upon appraisal the amount or value of said interest in said vessel shall be
11 increased or diminished, petitioner will do so whenever the Court shall so order; pending the
12 payment of the amount of value of petitioner's interest if so ordered (or the giving of the
13 stipulation for value thereof) this stipulation shall stand as security in the amount above for all
14 claims in said proceeding.

16 Dated: 1 July 2008      LAW OFFICES OF GEORGE W. NOWELL
17
18      By: _____
     JOHN H. CIGAVIC III
19      Attorneys for petitioner
     TAURUS MARINE, INC.

22 Dated: June 23, 2008      **INTERNATIONAL MARINE**
23      **UNDERWRITERS / NORTHERN ASSURANCE**
24      **CO. OF AMERICA**
25 **IT IS SO ORDERED**      By: _____
     EUNICE LYONS
26      SENIOR CLAIMS MANAGER
27 **EDWARD M. CHEN, MAGISTRATE JUDGE**
28 _____
     Date

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

3
**AD INTERIM STIPULATION**



**INTERNATIONAL MARINE · UNDERWRITERS**

**Pacific Region**

P.O. Box 7614
San Francisco, CA 94120-7614

Tel (800) 255-1313

Fax (415) 365-2271

E-Mail: ELyons@IMU.com

June 23, 2008

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

>   Re:   TAURUS MARINE, INC.
>         Vessel: Tug TERILYN
>         Event: Dutra Construction Company Sand Scow CK-7 with the McNear Fishing Pier on 4 January 2008
>         Our File No.: 0AA 418459

Dear Sir or Madam:

In consideration of the Court approving the Ad Interim Stipulation signed by Eunice Lyons, Senior Claims Manager in connection with the above limitation of liability action, we agree, on behalf of the International Marine Underwriters/Northern Assurance Co. of America, vessel lost or not lost, in or out of the jurisdiction:

1. To act as surety in connection with the Ad Interim Stipulation signed by Ms. Eunice Lyons, Senior Marine Claims Manager, International Marine Underwriters in connection with the pending limitation action in an amount not to exceed $1,001,000 with interest at the rate of 6.00% from the date of filing of the Ad Interim Stipulation;

2. To cause to be filed on Order of the Court a corporate surety bond in an amount and sufficiency of surety to be agreed upon, or failing an agreement, as may be determined by the Court, but in no event to exceed the sum of $1,001,000 plus interest from the date of filing at the rate of 6.00% per annum as security for these limitation proceedings; and

3. It is the intention of this undertaking and guarantee that it substitute security in lieu of a corporate surety bond, reserving on behalf of the vessel, her owners and operators and underwriters, all their defenses, and a denial of all liability, including for the claims of County of Marin, State of California;

//

//

//

Page 2 of 2
June ??, 2008
0AA 418459

4.  In the event that the bond referred to in subparagraph 2, *supra,* is filed, then the undersigned Company shall have no further obligation under this letter of undertaking.

Dated:  June ??, 2008

INTERNATIONAL MARINE
UNDERWRITERS / NORTHERN ASSURANCE
CO. OF AMERICA

By: _____
EUNICE LYONS
SENIOR CLAIMS MANAGER