1  GEORGE W. NOWELL (SBN: 83868)
   george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
   paul.arenas@nowelllaw.com
3  JOHN H. CIGAVIC III (SBN: 231806)
   john.cigavic@nowelllaw.com
4  **LAW OFFICES OF GEORGE W. NOWELL**
   120 Montgomery Street, Suite 1990
5  San Francisco, CA 94104
   Telephone: (415) 362-1333
6  Facsimile: (415) 362-1344
   Attorneys for TAURUS MARINE, INC.



RECEIVED
08 JUL -2 PM 4: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *TERILYN* HER ENGINES, TACKLE, APPURTENANCES IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>v.<br><br>THE COUNTY OF MARIN, STATE OF CALIFORNIA,<br><br>Claimant. | CASE NO.: CV 08 3195 EMC<br><br>**NOTICE TO CLAIMANTS OF EXONERATION FROM OR LIMITATION OF LIABILITY**<br><br>IN ADMIRALTY<br><br>FRCivP SUPP RULE F |

Notice is hereby given that TAURUS MARINE, INC., as owners and/or operators of the Tug TERILYN have filed a Complaint pursuant to 46 U.S.C. § 30501, *et seq.* (formerly 46 U.S.C.S. App. § 181, *et seq.*), for exoneration from, or limitation of, liability of all claims for any loss, destruction, or damage arising out of the allision of the Dutra Construction Company Sand Scow CK-7 with the McNear Fishing Pier, on the Marin County coast in the San Francisco Bay on 4 January 2008, as more fully described in the Complaint.

//
//

---

1

NOTICE TO CLAIMANTS OF EXONERATION FROM OR LIMITATION OF LIABILITY

P0523.2008-1784

     All persons having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the United States District Court, for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102 and must serve a copy thereof on counsel for petitioner (George W. Nowell, Esq., John H. Cigavic III, Esq., Law Offices of George W. Nowell, 120 Montgomery Street, Suite 1990, San Francisco, CA 94104, Tel: (415) 362-1333) on or before _____ day of _____, 2008 or be defaulted.

     If any claimant desires to *contest* either the right to exoneration *from,* or the right to limitation of liability, he/she shall file and serve on the counsel for petitioner an Answer to Complaint on or before the foregoing date unless his/her claim has included an answer so designated or be defaulted.

DATED: _____, 2008

                                                               _____
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE TO CLAIMANTS OF EXONERATION FROM OR LIMITATION OF LIABILITY

P0523.2008-1784