1  GEORGE W. NOWELL (SBN: 83868)
   george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
   paul.arenas@nowelllaw.com
3  JOHN H. CIGAVIC III (SBN: 231806)
   john.cigavic@nowelllaw.com
4  **LAW OFFICES OF GEORGE W. NOWELL**
   120 Montgomery Street, Suite 1990
5  San Francisco, CA 94104
   Telephone: (415) 362-1333
6  Facsimile: (415) 362-1344     E-filing
   Attorneys for TAURUS MARINE, INC.



8           THE UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10              (SAN FRANCISCO DIVISION)

11  IN RE COMPLAINT OF TAURUS MARINE,  ) CASE NO. CV 08 3195 EMC
    INC. AS OWNERS AND/OR OPERATORS OF )
12  THE TUG *TERILYN* HER ENGINES,      ) [PROPOSED] ORDER APPROVING
    TACKLE, APPURTENANCES IN A CAUSE   ) PETITIONER'S AD INTERIM
13  OF EXONERATION FROM OR LIMITATION  ) STIPULATION FOR VALUE,
    OF LIABILITY,                      ) DIRECTING ISSUANCE OF NOTICE
14                                     ) AND RESTRAINING PROSECUTION
                  Petitioner,          ) OF CLAIMS
15                                     )
    v.                                 ) IN ADMIRALTY
16                                     )
    THE COUNTY OF MARIN, STATE OF      ) FRCivP SUPP RULE F
17  CALIFORNIA,                        )
                                       )
18                Claimant.            )
                                       )
19  _____    )

20      A Complaint has been filed herein on 1 July 2008 by the above-named petitioner, as

21  owner and/or operator of the Tug TERILYN for exoneration from, or limitation of, liability

22  pursuant to 46 U.S.C. § 30501, *et seq.* (formerly 46 U.S.C.S. App. § 181, *et seq.*), and pursuant

23  to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal

24  Rules of Civil Procedure for any loss, claim, destruction, or alleged damage caused by or

25  resulting from an allision of the Dutra Construction Company Sand Scow CK-7 with the McNear

26  Fishing Pier, on the Marin County coast in the San Francisco Bay on 4 January 2008 as more

27  fully described in the Complaint.

28

1

[PROPOSED] ORDER APPROVING PETITIONER'S AD INTERIM STIPULATION FOR VALUE,
DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS

1  The Complaint states that the value of the petitioner's interest in the Tug TERILYN at
2  the time of the incident described in the Complaint does not exceed $1,001,000 as set forth in the
3  Declaration of Value attached to the Complaint; and the petitioner has deposited in the Court as
4  security for the benefit of claimants an Ad Interim Stipulation dated 23 June 2008, with surety
5  not less than or equal to the amount or value of its interest in the said vessel (plus an amount for
6  costs) totaling the sum of $1,001,000, with interest as provided by law at a rate of 6 percent as of
7  this date.

8  **NOW THEREFORE**, on the motion of petitioner;

10 **IT IS ORDERED AS FOLLOWS:**

12 (1)  The above-described Ad Interim Stipulation for value as surety deposited by the
13       petitioners, TAURUS MARINE, INC., with the Court for the benefit of claimants
14       in the sum of $1,001,000, with interest aforesaid at a rate of 6 percent, as security
15       for the amount of value of the claimants' interest in the Tug TERILYN, is hereby
16       approved;

17 (2)  The Court, upon motion, shall cause due appraisement of such value and may
18       thereupon order the said security increased or reduced if it finds the amount of
19       value insufficient or excessive, and upon demand, the Court may similarly order
20       an increase or reduction if it finds that such Order is necessary to carry out the
21       provisions of 46 U.S.C. § 30501, *et seq.* (formerly 46 U.S.C.S. App. § 181, *et*
22       *seq.*);

23 (3)  A Notice shall be issued by the Clerk of Court to all persons asserting claims with
24       respect to which the Complaint seeks exoneration or limitation, admonishing
25       them to file their respective claims with the Clerk of Court in writing, and to
26       serve on counsel for claimants a copy thereof on or before the  30th  day of
27       _____September_____, 2008, or be defaulted, and that if any claimant desires to
28       contest either the right to exoneration or the right to limitation of liability, he

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2
[PROPOSED] ORDER APPROVING PETITIONER'S AD INTERIM STIPULATION FOR VALUE,
DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS

P0523.2008-1784

| | | |
|---|---|---|
|1| |shall file and serve on counsel for petitioner an answer to the Complaint on or|
|2| |before the said date, unless his claim has included an answer to the Complaint, so|
|3| |designated, or be defaulted;|
|4|(4)|The foregoing Notice shall be published in the Marin Independent Journal, once a|
|5| |week for four successive weeks prior to the date fixed for the filing of the claims,|
|6| |as provided in FRCivP Supp. Rule F; and copies of the Notice shall also be|
|7| |mailed in accordance with Supp. Rule F;|
|8|(5)|The further prosecution of any and all actions, suits, and proceedings already|
|9| |commenced, and the commencement or prosecution thereafter of any and all|
|10| |suits, actions, or proceedings of any nature and description whatsoever, in any|
|11| |jurisdiction, and the taking of any steps and the making of any motion on such|
|12| |actions, suits, or proceedings against the petitioners as aforesaid, or against the|
|13| |Tug TERILYN, or their liability insurers, or against any property that petitioner|
|14| |accepts in this action, to recover for damages for or in respect of any loss of life,|
|15| |injury, loss from a destruction, or damages caused by or resulting from the|
|16| |foregoing casualty as alleged in the Complaint be and they are hereby restrained,|
|17| |stayed, and enjoined until the hearing and determination of this action;|
|18|(6)|Service of this Order as a Restraining Order may be made by mailing a conformed|
|19| |copy thereof to the person or persons to be restrained, or to their respective|
|20| |attorneys, or alternatively, delivered by hand.|

DATED: August 14, 2008    , 2008

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

UNITED STATES DISTRICT JUDGE

Prepared by:

Dated:   1 July 2008

LAW OFFICES OF GEORGE W. NOWELL

By: _____
JOHN H. CIGAVIC III
Attorneys for petitioner
TAURUS MARINE, INC.

3

**[PROPOSED] ORDER APPROVING PETITIONER'S AD INTERIM STIPULATION FOR VALUE, DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS**

P0523.2008-1784

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333  Fax: (415) 362-1344