```
 1  GEORGE W. NOWELL (SBN: 83868)
     george.nowell@nowelllaw.com
 2  PAUL B. ARENAS (SBN: 167863)
     paul.arenas@nowelllaw.com
 3  JOHN H. CIGAVIC III (SBN: 231806)
     john.cigavic@nowelllaw.com
 4  LAW OFFICES OF GEORGE W. NOWELL
    120 Montgomery Street, Suite 1990
 5  San Francisco, CA 94104
    Telephone: (415) 362-1333
 6  Facsimile: (415) 362-1344
    Attorneys for TAURUS MARINE, INC.
 7
```

RECEIVED 08 JUL -2 PM 4:35 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

IN RE COMPLAINT OF TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *TERILYN* HER ENGINES, TACKLE, APPURTENANCES IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,

Petitioner,

v.

THE COUNTY OF MARIN, STATE OF CALIFORNIA,

Claimant.

CASE NO.: CV 08 3195 PJH EMC

NOTICE TO CLAIMANTS OF EXONERATION FROM OR LIMITATION OF LIABILITY

IN ADMIRALTY

FRCivP SUPP RULE F

Notice is hereby given that TAURUS MARINE, INC., as owners and/or operators of the Tug TERILYN have filed a Complaint pursuant to 46 U.S.C. § 30501, *et seq.* (formerly 46 U.S.C.S. App. § 181, *et seq.*), for exoneration from, or limitation of, liability of all claims for any loss, destruction, or damage arising out of the allision of the Dutra Construction Company Sand Scow CK-7 with the McNear Fishing Pier, on the Marin County coast in the San Francisco Bay on 4 January 2008, as more fully described in the Complaint.

//
//



1  All persons having such claims must file their respective claims, as provided in Rule F of
2  the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil
3  Procedure, with the Clerk of the United States District Court, for the Northern District of
4  California, 450 Golden Gate Avenue, San Francisco, California 94102 and must serve a copy
5  thereof on counsel for petitioner (George W. Nowell, Esq., John H. Cigavic III, Esq., Law
6  Offices of George W. Nowell, 120 Montgomery Street, Suite 1990, San Francisco, CA 94104,
7  Tel: (415) 362-1333) on or before ___30th___ day of __September__, 2008 or be defaulted.

8  If any claimant desires to *contest* either the right to exoneration *from,* or the right to
9  limitation of liability, he/she shall file and serve on the counsel for petitioner an Answer to
10 Complaint on or before the foregoing date unless his/her claim has included an answer so
11 designated or be defaulted.

13 DATED: ___August 22___, 2008

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard. W. Wieking, Clerk

BY: _____
          Deputy Clerk

**Nichole Heuerman**

---

2
NOTICE TO CLAIMANTS OF EXONERATION FROM OR LIMITATION OF LIABILITY

P0523.2008-1784