1  GEORGE W. NOWELL (SBN: 83868)
   george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
   paul.arenas@nowelllaw.com
3  JOHN H. CIGAVIC III (SBN: 231806)
   john.cigavic@nowelllaw.com
4  **LAW OFFICES OF GEORGE W. NOWELL**
   120 Montgomery Street, Suite 1990
5  San Francisco, CA 94104
   Telephone: (415) 362-1333
6  Facsimile: (415) 362-1344
   Attorneys for TAURUS MARINE, INC.
7

8            THE UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                (SAN FRANCISCO DIVISION)

11 | IN RE COMPLAINT OF TAURUS MARINE, ) | CASE NO.: CV 08 3195 PJH
   | INC. AS OWNERS AND/OR OPERATORS OF )
12 | THE TUG *TERILYN* HER ENGINES,    ) | **PROOF OF SERVICE**
   | TACKLE, APPURTENANCES IN A CAUSE  )
13 | OF EXONERATION FROM OR LIMITATION )
   | OF LIABILITY,                     )
14 |                                   )
   |            Petitioner,            )
15 |                                   )
   | v.                                )
16 |                                   )
   | THE COUNTY OF MARIN, STATE OF     )
17 | CALIFORNIA,                       )
   |                                   )
18 |            Claimant.              )
   |                                   )
19 |                                   )
   |_____)
20

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

                              1
           **PROOF OF SERVICE   CV 08 3195 PJH**

P0828.2008-1784

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/14/2008 |
| NAME OF SERVER *(PRINT)* Samuel E. Tomlin / Bear Flag Process Services | TITLE In Re Complaint of Taurus Marine, Inc.,etc. v. The County of Marin,etc |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  Served Sandy Laird, authorized agent for The County of Marin, State of California, at 2501 Civic Center Drive, Room #329, San Rafael, CA 94903 on 8/14/2008 at 3:30PM.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL $0.00 | SERVICES $80.00 | TOTAL $80.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/19/2008
                    Date                        *Signature of Server*

1232 Market Street, #106, San Francisco CA 94102
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.