GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for TAURUS MARINE, INC.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

**THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE COMPLAINT OF TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *TERILYN* HER ENGINES, TACKLE, APPURTENANCES IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>v.<br><br>THE COUNTY OF MARIN, STATE OF CALIFORNIA,<br><br>Claimant. | CASE NO.: CV 08 3195 PJH<br><br>**STIPULATION OF PARTIES AND REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 120 DAYS**<br><br>IN ADMIRALTY<br><br>FRCivP SUPP RULE F<br><br>L.R. 7 & 16-2(d) |

COME NOW COUNSEL FOR THE PARTIES IN THIS ACTION, TAURUS MARINE, INC. ("petitioner"), THE COUNTY OF MARIN ("Marin") and MANSON CONSTRUCTION COMPANY and the DUTRA GROUP ("Manson/Dutra") (collectively "Parties") (the only persons appearing to date in this action), and hereby stipulate and request this Court Order a continuation of the Case Management Conference (and associated dates) 120 days / four months, i.e. from 30 October 2008 to 26 February 2009 in order to, *inter alia*, permit the Parties to pursue settlement discussions and to attempt to narrow the issues truly in dispute.

//

//

The Parties moving this Court for relief from the Case Management schedule and pursuant to Local Rule 16-2(d) hereby represent there have been no prior date changes and further represent and request:

(1) The circumstances that support this request constitute good cause and include:

[a] the Parties have just recently filed their claims in this limitation action (30 September 2008 was the last day to file claims) and want to engage in settlement discussions,

[b] the Parties desire to promote judicial economy by attempting to resolve their claims without judicial action and believe that a significant portion of this case may be close to settlement, and

[c] filing a joint case management conference statement before 23 October 2008 does not give the Parties sufficient time to adequately communicate their interests to the Court (since the time period to Answer the petition closed on 30 September 2008).

(2) Counsel for all Parties appearing in this Petition agree to this "Stipulation of Parties and Request for Order Continuing Case Management Conference and Associated Dates for 120 Days".

(3) The Parties propose the Case Management schedule be revised as follows:

[a] the Case Management Conference be continued about 120 days, i.e. from 30 October 2008 until 26 February 2009, or as soon thereafter as this matter may be heard;

[b] the Joint Case Management Statement due date be continued about 120 days, i.e. from 23 October 2008 until 19 February 2009; and

[c] the due date for Initial Disclosures pursuant to FRCivP 26 be continued about 100 days, i.e. from 23 October 2008 until 22 January 2009.

//

//

//

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

(4) The Parties propose the ADR associated dates be continued about 120 days, i.e. to be due 5 February 2009, for the following:

[a] ADR meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan;

[b] filing date for the ADR Certification signed by Parties and counsel; and

[c] Stipulation for ADR Process or Notice of Need for ADR Phone Conference.

THE PARTIES HEREBY STIPULATE AND REQUEST THE COURT ORDER THE DATES FOR THE CASE MANAGEMENT CONFERENCE, JOINT CASE MANAGEMENT STATEMENT, INITIAL DISCLOSURES AND ADR RELATED DATES BE CONTINUED, AS ABOVE:

IT IS SO STIPULATED:

Dated: October 8, 2008

**LAW OFFICES OF GEORGE W. NOWELL**

By: /s/ George W. Nowell
GEORGE W. NOWELL
Attorneys for petitioner
TAURUS MARINE, INC.

IT IS SO STIPULATED:

Dated: October 8, 2008

**CHILES and PROCHNOW, LLP**

By: /s/ Robert C. Chiles
ROBERT C. CHILES
Attorneys for claimants
MANSON CONSTRUCTION COMPANY
and the DUTRA GROUP

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

IT IS SO STIPULATED:

Dated: October 8, 2008

**GROTEFELD & HOFFMANN, LLP**

By: /s/ Todd C. Harshman
TODD C. HARSHMAN
Attorneys for claimant THE COUNTY OF MARIN

---

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, AS ABOVE, THE COURT HEREBY ORDERS that the:

(1) Case Management Conference is continued until ~~26 February~~ March 19 2009;

(2) Joint Case Management Statement due date is continued until ~~19 February~~ March 12 2009;

(3) parties' Initial Disclosures pursuant to FRCivP 26 are due on ~~22 January~~ February 12 2009; and

(4) parties' ADR associated dates are continued to ~~5 February~~ February 26, 2009 (i.e. the ADR meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan, the filing date for the ADR Certification signed by Parties and counsel, and the Stipulation for ADR Process or Notice of Need for ADR Phone Conference shall be filed on or before the date ordered).

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: October 21 2008

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

By:

