GEORGE W. NOWELL (SBN: 83868)
 george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
 paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
 john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for TAURUS MARINE, INC.

## THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *TERILYN* HER ENGINES, TACKLE, APPURTENANCES IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY, <br><br> Petitioner, <br><br> v. <br><br> THE COUNTY OF MARIN, STATE OF CALIFORNIA, <br><br> Claimant. | CASE NO.:  CV 08 3195 PJH <br><br> **STIPULATION AND REQUEST FOR ORDER NOTING DEFAULT** <br><br> IN ADMIRALTY <br><br> FRCivP SUPP RULE F |

COME NOW COUNSEL FOR THE PARTIES IN THIS ACTION, TAURUS MARINE, INC. ("petitioner"), THE COUNTY OF MARIN ("Marin") and MANSON CONSTRUCTION COMPANY and the DUTRA GROUP ("Manson/Dutra") (collectively "Parties") (the only persons appearing to date in this action), and do hereby stipulate and agree and request this Court find and order, with regard to the captioned lawsuit, as follows:

//

//

//

//

1
**STIPULATION AND REQUEST FOR ORDER NOTING DEFAULT (CV 08 3195 PJH)**

1.) Petitioner filed an action in Admiralty entitled "Complaint for Exoneration from or Limitation of Liability Under 46 USC §30501, et. seq." on 2 July 2008 seeking to limit their liability for the maritime incident complained of to the value of its vessel, tug TERILYN ("Vessel");

2.) An "Order Approving Ad Interim Stipulation for Value, Directing Issuance of Notice and Restraining Prosecution of Claims" was duly issued and entered herein, dated 14 August 2008 and appearing on the Docket of this Court at No.12, against all persons claiming damages for any and all losses, damages, injuries, or destruction arising out of or occurring on the voyage of the Vessel and related to the Incident, citing and requiring all persons to appear before the Court and file their respective claims in writing, under oath, and to serve copies thereof on the attorneys for petitioner, and to answer the allegations of the petition herein on or before 30 September 2008 and notice of said Order was duly given and published, as appears by return of petitioner duly made, and copies of the notice and Order were duly served on all claimants in accordance with the Rules of this Court (both appearing on the Docket of this Court at Docket No. 19);

3.) Claimant Manson/Dutra and claimant Marin are the only entities before this Court that timely filed claims with petitioner:

    [a] Claimant Manson/Dutra asserts, *inter alia*, there were two incidents giving rise to its claim for damage to the barge CK7, which allegedly total in excess of $512,000 together with any claims against them for liability to the County of Marin; and

    [b] Claimant Marin seeks damages in excess of $1,585,000 for alleged damage to McNear Pier.

4.) No other claim has been presented to or filed with said petitioner as of the date of this stipulation; and

5.) Petitioner and claimants hereby respectfully request the Court grant an "Order Noting Default" in the form attached hereto; and

//

6.)     Petitioner and claimants' counsel hereby stipulate that the form of the "Order Noting Default" attached hereto is acceptable to petitioner's and claimant's counsel.

IT IS SO STIPULATED:

Dated:   October 17, 2008                    **LAW OFFICES OF GEORGE W. NOWELL**

By:  _____/s/ George W. Nowell_____
GEORGE W. NOWELL
Attorneys for petitioner
TAURUS MARINE, INC.

IT IS SO STIPULATED:

Dated:   October 17, 2008                    **CHILES and PROCHNOW, LLP**

By:  _____/s/ Robert C. Chiles_____
ROBERT C. CHILES
Attorneys for claimants
MANSON CONSTRUCTION COMPANY
and the DUTRA GROUP

IT IS SO STIPULATED:

Dated:   October 17, 2008                    **GROTEFELD & HOFFMANN, LLP**

By:  _____/s/ Todd C. Harshman_____
TODD C. HARSHMAN
Attorneys for claimant THE COUNTY OF MARIN

---

## [~~PROPOSED~~] ORDER NOTING DEFAULT

A Petition for exoneration from or limitation of all liability having been filed herein on 2 July 2008, appearing on the Docket at No. 1, by petitioner Taurus Marine Inc., as owners of the vessel tug TERILYN ("Vessel") related to damage to McNear Pier in Marin County, California on or about 4 January 2008 ("Incident");

//

//

//

1    And, an Order having been duly issued and entered herein, dated 14 August 2008 and
2    appearing on the Docket of this Court at No. 12, against all persons claiming damages for any
3    and all losses, damages, injuries, or destruction arising out of or occurring on the voyage of the
4    Vessel and related to the Incident, citing and requiring all persons to appear before the Court and
5    file their respective claims in writing, under oath, and to serve copies thereof on the attorneys for
6    petitioner, and to answer the allegations of the petition herein on or before 30 September 2008
7    and notice of said Order having been duly given and published, as appears by return of petitioner
8    duly made (appearing on the Docket of this Court at No. 19), and copies of the notice and Order
9    having been duly served on all claimants in accordance with the Rules of this Court (appearing
10   on the Docket of this Court at No. 19);

11   And it further appearing by stipulation of the Parties that the following claims have been
12   presented to and filed with petitioner's counsel as required by the Rules of this Court, to wit:

13   (1)   Claim of Manson Construction Company and the Dutra Group for in excess of
14         $512,000 for alleged damage to the Dutra barge CK7 together with any claims
15         against them for liability to the County of Marin; and
16   (2)   Claim of County of Marin, State of California for in excess of $1,585,000 for
17         alleged damage to McNear Pier arising out of the Incident;

18   and that no other claim has been presented to or filed with said petitioner as of the date of this
19   Order; and

20   Now, therefore on stipulation of all the Parties appearing, by and through its/their
21   respective counsel, it is

22   ORDERED, ADJUDGED AND DECREED that the defaults of all persons claiming
23   damages for any and all losses, damages, injuries and destruction arising out of, occasioned or
24   occurring from or on the voyage of the Vessel and related to the Incident, who have not
25   heretofore filed and presented claims and answers, if desired, be and are in default, and such
26   persons are hereby barred from filing any claims and answers regarding the voyage of the Vessel
27   and related to the Incident in this Court or in any proceeding related hereto; and
28   //

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P1008.2008-1784

4
**STIPULATION AND REQUEST FOR ORDER NOTING DEFAULT (CV 08 3195 PJH)**

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all persons, concerns
2  or firms in default, as aforesaid, be subject to, and that all issues raised by the petition herein and
3  the answer thereto now on file, shall stand for trial before this Court according to the rules and
4  practice hereof; and

5  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all other proceedings
6  on any and all proofs of claims now on file, or which are subsequently interposed, wherever said
7  action, proceeding or event may be located, be and hereby are stayed until the trial and
8  determination of this suit.

10  IT IS SO ORDERED:

11  Dated:   October 21      2008       **UNITED STATES DISTRICT COURT**
                                        **NORTHERN DISTRICT OF CALIFORNIA**

By: _____

UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Phyllis J. Hamilton

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333  Fax: (415) 362-1344