UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE COMPLAINT OF TAURUS MARINE, INC. AS
OWNERS AND/OR OPERATORS OF THE TUG TERILYN HER
ENGINES, TACKLE, APPURTENANCES IN A CAUSE OF
EXONERATION FROM OR LIMITATION OF LIABILITY,

CASE NO. CV 08 3195 PJH

Petitioner,

v.

THE COUNTY OF MARIN, STATE OF CALIFORNIA,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Claimant.

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline September 1, 2009

Dated: February 25, 2009

_____
Attorney for Petitioner

Dated: 24 Feb 2009

_____
Attorney for Claimant County of Marin

Dated: 2/25/09

_____ (by written authority)
Attorney for Claimant Manson-Dutra Joint Venture

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ___ Non-binding Arbitration
- X  Early Neutral Evaluation (ENE)
- ___ Mediation
- ___ Private ADR

Deadline for ADR session
- ___ 90 days from the date of this order.
- X  other  September 1, 2009

IT IS SO ORDERED.

Dated: 3/3/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton