GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for TAURUS MARINE, INC.

**THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| IN RE COMPLAINT OF TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *TERILYN* HER ENGINES, TACKLE, APPURTENANCES IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Petitioner,<br><br>v.<br><br>THE COUNTY OF MARIN, STATE OF CALIFORNIA,<br><br>Claimant. | CASE NO.: CV 08 3195 PJH<br><br>**SECOND STIPULATION OF PARTIES AND REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS**<br><br>IN ADMIRALTY<br><br>FRCivP SUPP RULE F<br><br>L.R. 7 & 16-2(d) |

COME NOW COUNSEL FOR THE PARTIES IN THIS ACTION, TAURUS MARINE, INC. ("petitioner"), THE COUNTY OF MARIN ("Marin") and MANSON CONSTRUCTION COMPANY and the DUTRA GROUP ("Manson/Dutra") (collectively "Parties") (the only persons appearing to date in this action), and hereby stipulate and request this Court Order a continuation of the Case Management Conference (and associated dates) 90 days / three months, i.e. from 22 October 2009 to 20 January 2010, or as soon thereafter as is convenient for the Court, in order to, *inter alia*, permit the Parties to pursue settlement discussions and finalize settlements and to attempt to narrow the issues truly in dispute.

//

1

**SECOND STIPULATION OF PARTIES AND REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS (CV 08 3195 PJH)**

P1016.2009-1784

The Parties moving this Court for relief from the Case Management schedule and pursuant to Local Rule 16-2(d) hereby represent this is the Parties' second request for continuance of Case Management related dates and further represent and request:

(1) The circumstances that support this request constitute good cause and include:

    [a] the Parties continue to desire to engage in settlement discussions and are engaging in informal discovery: the determination of the amount of actual damages is presently ongoing because the repairs to the pier at issue are presently ongoing and likely will be determined within 90 days, the determination of the cost of repair is a necessary prerequisite to meaningful settlement negotiations,

    [b] the Parties desire to promote judicial economy by attempting to resolve their claims without judicial action and believe that a significant portion, if not all, of this case may be close to settlement,

    [c] filing a joint case management conference statement without knowledge of the amount of damages at issue does not give the Parties sufficient time to adequately communicate their interests to the Court,

    [d] Marin and Manson/Dutra have recently settled the disputes between them related to this petition and will be finalizing their settlement within the next 90 days, and

    [e] in the event these settlement negotiations and agreements do not fully resolve this lawsuit, then the Parties will attempt to litigate this matter to conclusion efficiently.

(2) Counsel for all Parties appearing in this Petition agree to this "Second Stipulation of Parties and Request for Order Continuing Case Management Conference and Associated Dates for 90 Days".

//
//
//

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

1  (3)   The Parties propose the Case Management schedule be revised as follows:

2  [a]   the Case Management Conference be continued about 90 days, i.e. from

3  22 October 2009 until 20 January 2010, or as soon thereafter as this

4  matter may be heard; and

5  [b]   the Joint Case Management Statement due date be continued about 90

6  days, i.e. from 15 October 2009 until 13 January 2010.

7  THE PARTIES HEREBY STIPULATE AND REQUEST THE COURT ORDER THE

8  DATES FOR THE CASE MANAGEMENT CONFERENCE AND JOINT CASE

9  MANAGEMENT STATEMENT, AS ABOVE:

11  IT IS SO STIPULATED:

12  Dated:   16 October 2009            **LAW OFFICES OF GEORGE W. NOWELL**

13                                     By:   _____/s John H. Cigavic III_____
14                                                 JOHN H. CIGAVIC III
                                              Attorneys for petitioner
15                                            TAURUS MARINE, INC.

17  IT IS SO STIPULATED:

18
    Dated:   October 16, 2009           **CHILES and PROCHNOW, LLP**
19
                                        By:   _____/s/ Robert C. Chiles_____
20                                                  ROBERT C. CHILES
                                              Attorneys for claimants
21                                            MANSON CONSTRUCTION COMPANY
                                              and the DUTRA GROUP
22

23
    IT IS SO STIPULATED:
24

25  Dated:   October 16, 2009           **GROTEFELD & HOFFMANN, LLP**

26                                      By:   _____/s/ Todd C. Harshman_____
                                                    TODD C. HARSHMAN
27                                            Attorneys for claimant THE COUNTY OF MARIN

28

3

**SECOND STIPULATION OF PARTIES AND REQUEST FOR ORDER CONTINUING CASE
MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS (CV 08 3195 PJH)**

P1016.2009-1784

1  **[~~PROPOSED~~] ORDER**

2  PURSUANT TO THE STIPULATION OF THE PARTIES, AS ABOVE, THE COURT

3  HEREBY ORDERS that the:

4  (1)   Case Management Conference is continued until ~~20~~ 21 January 2010; and

5  (2)   Joint Case Management Statement due date is continued until ~~13~~ 14 January 2010.

7  PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  October 19, 2009

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

By: _____

UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED

Judge Phyllis J. Hamilton

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333  Fax: (415) 362-1344

4

**SECOND STIPULATION OF PARTIES AND REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS (CV 08 3195 PJH)**

P1016.2009-1784