1  GEORGE W. NOWELL (SBN: 83868)
   george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
   paul.arenas@nowelllaw.com
3  JOHN H. CIGAVIC III (SBN: 231806)
   john.cigavic@nowelllaw.com
4  **LAW OFFICES OF GEORGE W. NOWELL**
   120 Montgomery Street, Suite 1990
5  San Francisco, CA 94104
   Telephone:  (415) 362-1333
6  Facsimile:  (415) 362-1344
   Attorneys for TAURUS MARINE, INC.
7
   ROBERT C. CHILES (SBN: 056725)
8  rchiles@chilesprolaw.com
   CHILES and PROCHNOW, LLP
9  2600 El Camino Real, Suite 412
   Palo Alto, California 94306-1719
10 Telephone: (650) 565-8208
   Facsimile: (650) 565-8221
11

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

12              **THE UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                  **(SAN FRANCISCO DIVISION)**

15 IN RE COMPLAINT OF TAURUS MARINE,     ) CASE NO.:  CV 08 3195 PJH
   INC. AS OWNERS AND/OR OPERATORS OF )
16 THE TUG *TERILYN* HER ENGINES,         ) **THIRD STIPULATION OF PARTIES**
   TACKLE, APPURTENANCES IN A CAUSE   )   **AND REQUEST FOR ORDER**
17 OF EXONERATION FROM OR LIMITATION )    **CONTINUING CASE MANAGEMENT**
   OF LIABILITY,                         )   **CONFERENCE AND ASSOCIATED**
18                                        )   **DATES 90 DAYS**
                      Petitioner,         )
19                                        )   IN ADMIRALTY
   v.                                     )
20                                        )   FRCivP SUPP RULE F
   THE COUNTY OF MARIN, STATE OF          )
21 CALIFORNIA,                            )   L.R. 7 & 16-2(d)
                                          )
22                    Claimant.           )
                                          )
23 _____       )

24 //

25 //

26 //

27 //

28 //

                                    1

P1218.2009-1784

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

1    COME NOW COUNSEL FOR THE REMAINING PARTIES IN THIS ACTION,

2  TAURUS MARINE, INC. ("petitioner") and MANSON CONSTRUCTION COMPANY and the

3  DUTRA GROUP ("Manson/Dutra") (collectively "Parties") (the only persons appearing to date

4  in this action that have not been dismissed by Order of the Court (*see* Doc#37 dismissing

5  claimant County of Marin, State of California ("Marin") by stipulation and order), and hereby

6  stipulate and request this Court Order a continuation of the Case Management Conference (and

7  associated dates) 90 days / three months, i.e. from 21 January 2010 to 21 April 2010, or as soon

8  thereafter as is convenient for the Court, in order to, *inter alia*, permit the Parties to pursue

9  settlement discussions and to attempt to narrow the issues truly in dispute.

10    The Parties moving this Court for relief from the Case Management schedule and

11  pursuant to Local Rule 16-2(d) hereby represent this is the Parties' third request for continuance

12  of Case Management related dates and further represent and request (the first request was

13  granted at Doc#22 and the second request was granted at Doc#35 and set the existing Case

14  Management Conference dates):

15    (1)    The circumstances that support this request constitute good cause and include:

16        [a]    the Parties continue to desire to engage in settlement discussions and are

17            engaging in formal discovery: the determination of the amount of actual

18            damages is presently ongoing because the repairs to the pier at issue are

19            presently ongoing and likely will be determined within 90 days, the

20            determination of the cost of repair is a necessary prerequisite to

21            meaningful settlement negotiations,

22        [b]    the Parties desire to promote judicial economy by attempting to resolve

23            their claims without further judicial action and are planning to resume the

24            mediation of this dispute, perhaps as early as February 2010,

25        [c]    filing a joint case management conference statement without knowledge

26            of the amount of damages at issue does not give the Parties sufficient time

27            to adequately communicate their interests to the Court,

28  //

2

**THIRD STIPULATION OF PARTIES AND REQUEST FOR ORDER CONTINUING CASE
MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS (CV 08 3195 PJH)**

P1218.2009-1784

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

1        [d]     in the event the settlement negotiations between petitioner and

2                Manson/Dutra do not fully resolve this lawsuit, then the Parties will

3                attempt to litigate this matter to conclusion efficiently.

4        (2)    Counsel for all Parties appearing in this Petition agree to this "Third Stipulation

5            of Parties and Request for Order Continuing Case Management Conference and

6            Associated Dates for 90 Days".

7        (3)    The Parties propose the Case Management schedule be revised as follows, or as

8    soon thereafter as is convenient for the Court:

9        [a]     the Case Management Conference be continued about 90 days, i.e. from

10             21 January 2010 until 21 April 2010, or as soon thereafter as this

11             matter may be heard; and

12       [b]     the Joint Case Management Statement due date be continued about 90

13             days, i.e. from 14 January 2010 to 14 April 2010.

14   THE PARTIES HEREBY STIPULATE AND REQUEST THE COURT ORDER THE

15   DATES FOR THE CASE MANAGEMENT CONFERENCE AND JOINT CASE

16   MANAGEMENT STATEMENT, AS ABOVE:

17

18   IT IS SO STIPULATED:

19

20   Dated:    18 December 2009        **LAW OFFICES OF GEORGE W. NOWELL**

21               By: _____/s/ John H. Cigavic III_____
                    JOHN H. CIGAVIC III

22                       Attorneys for petitioner
                    TAURUS MARINE, INC.

23   IT IS SO STIPULATED:

24

25   Dated:    December ___, 2009        **CHILES and PROCHNOW, LLP**

26               By: _____/s/ Robert C. Chiles_____
                    ROBERT C. CHILES

27                       Attorneys for claimants
                    MANSON CONSTRUCTION COMPANY

28                       and the DUTRA GROUP

3

**THIRD STIPULATION OF PARTIES AND REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS (CV 08 3195 PJH)**

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, AS ABOVE, THE COURT

HEREBY ORDERS that the:

(1)    Case Management Conference is continued until ~~21~~ 22 April 2010; and

(2)    Joint Case Management Statement due date is continued until ~~14~~ 15 April 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:    _December 22_    20⁰⁹_

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

By: _____

PHYLLIS J. HAMILTON

UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED

Judge Phyllis J. Hamilton

4

**THIRD STIPULATION OF PARTIES AND REQUEST FOR ORDER CONTINUING CASE
MANAGEMENT CONFERENCE AND ASSOCIATED DATES 90 DAYS (CV 08 3195 PJH)**

P1218.2009-1784