CHILES and PROCHNOW, LLP
Robert C. Chiles (SBN:056725)
rchiles@chilesprolaw.com
2600 El Camino Real, Suite 412
Palo Alto, California 94306-1719
Telephone: 650-565-8208
Facsimile: 650-565-8221

Attorneys for Claimants, Manson Construction Company
and the Dutra Group and the Joint Venture between Manson
Construction Company and the Dutra Group

George W. Nowell (SBN:83868)
george.nowell@nowelllaw.com
Paul B. Arenas (SBN:167863)
paul.arenas@nowelllaw.com
John H. Cigavic III (SBN:231806)
John.cigavic@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco California 94104-4322
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for Petitioner, Taurus Marine, Inc.

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re Complaint of Taurus Maritime, Inc., as owners and/or operators of the Tug, *Terilyn,* her engines, tackle, appurtenances in a cause of exoneration from or limitation of liability<br><br>Petitioner<br>vs.<br><br>The County of Marin, State of California<br><br>Claimant | Case No. CV083195 PJH<br><br>**STIPULATION FOR MOTION SCHEDULE REGARDING PETITIONER'S PARTIAL SUMMARY JUDGMENT MOTION; P~~ROPOSE~~D ORDER**<br><br>**Judge: Hon. Phyllis J. Hamilton**<br><br>**Complaint Filed: July 2, 2008** |

The parties, by and through their respective counsel, hereby stipulate as follows:

1.) Petitioner filed its motion for partial summary judgment on December 21, 2011 for hearing before the Court on February 1, 2012 or such other date as the Court shall set.

2.) Claimants' opposition to the motion shall be filed no later than 12:00 noon on January

-1-
Case No. CV083195 PJH
Stipulation for Motion Schedule and Proposed Order

1  9, 2012.

2  3.) Petitioner's reply, if any, shall be filed by 12:00 noon on January 18, 2012.

3  IT IS SO STIPULATED:

                              LAW OFFICES OF GEORGE W. NOWELL

Dated: December 22, 2011           By: ___/s/George W. Nowell_____
                                            George W. Nowell
                                     Attorneys for Petitioner, Taurus Marine, Inc.

                              CHILES and PROCHNOW, LLP

Dated: December 22, 2011           By: ___/s/ Robert C. Chiles_____
                                           Robert C. Chiles
                                  Attorneys for Claimants, Manson Construction
                                  Company, the Dutra Group and the Joint
                                  Venture between Manson Construction
                                  Company and the Dutra Group

## ORDER

The Court having reviewed this stipulation and good cause existing therefore, it is so ordered.

    January 4, 2012
Dated: ~~December _____, 2011~~

                                            Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
Case No. CV083195 PJH
Stipulation for Motion Schedule and Proposed Order