UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE COMPLAINT OF TAURUS MARINE, INC.,

        Petitiner,

    v.

MARIN COUNTY, et al.,

        Defendant(s).
_____/

No. C 08-3195 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to conduct a settlement conference before the May 10, 2012 pretrial conference.

    The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

**IT IS SO ORDERED.**

Dated: February 9, 2012

                        _____
                        PHYLLIS J. HAMILTON
                        United States District Judge

cc: Lili, Assigned M/J