United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COMPLAINT OF<br>TAURUS MARINE, INC.,<br><br>        Petitioner,,<br><br>  v.<br><br>THE COUNTY OF MARIN, STATE OF CALIFORNIA<br><br>        Claimant.<br>_____/ | No. C 08-3195 PJH (NJV)<br><br>ORDER VACATING<br>SETTLEMENT CONFERENCE<br>AND SETTING STATUS<br>CONFERENCE DATE |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference set for April 9, 2012 is VACATED. The originally scheduled settlement conference date of April 19, 2012 at 11:00 a.m. will be held as a status conference Parties shall dial 888-684-8852, enter access code 1868782 and password 7416.

Dated: April 4, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge