1  GEORGE W. NOWELL (SBN: 83868)
    george.nowell@nowelllaw.com
2  PAUL B. ARENAS (SBN: 167863)
    paul.arenas@nowelllaw.com
3  JOHN H. CIGAVIC III (SBN: 231806)
    john.cigavic@nowelllaw.com
4  **LAW OFFICES OF GEORGE W. NOWELL**
   100 Montgomery Street, Suite 1990
5  San Francisco, CA 94104-4322
   Telephone:  (415) 362-1333
6  Facsimile:  (415) 362-1344
   Attorneys for Petitioner
7  TAURUS MARINE, INC.

8  CORY A. BIRNBERG (SBN: 105468)
   **BIRNBERG & ASSOCIATES**
9  1083 Mission St., Third Floor
   San Francisco, California 94103
10 Telephone: (415) 398-1040
   Facsimile: (415) 398-2001
11 Attorneys for Claimant
   JAMES ANTHONY BILLER

# THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (OAKLAND DIVISION)

| | |
|---|---|
| IN RE COMPLAINT OF TAURUS MARINE, INC. AS OWNERS AND/OR OPERATORS OF THE TUG *TERILYN* HER ENGINES, TACKLE, APPURTENANCES IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>     Petitioner,<br><br>v.<br><br>THE COUNTY OF MARIN, STATE OF CALIFORNIA,<br><br>     Claimant. | **CASE NO.:  CV 08 3195 PJH**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING DISMISSAL (WITH PREJUDICE) OF JAMES ANTHONY BILLER'S CLAIMS FOR DAMAGES**<br><br>**(IN ADMIRALTY)**<br><br>**FRCivP 41**<br><br>**Judge:  Hon. Phyllis J. Hamilton**<br><br>**Complaint Filed: 2 July 2008**<br><br>**Trial Date:  Vacated**<br><br>**Next Court Date: 8 November 2012 (Pretrial Conference)**<br><br>**Location: Courtroom 3, 3rd Floor (Oakland)** |

//

//

1
**STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL (WITH PREJUDICE) OF JAMES ANTHONY BILLER'S CLAIMS FOR DAMAGES (CV 08 3195 PJH)**

P0925.2012-1784

TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW PETITIONER TAURUS MARINE, INC. AS OWNER OF THE TUG *TERILYN*, HER ENGINES, TACKLE, APPURTENANCES ("petitioner") and CLAIMANT JAMES ANTHONY BILLER ("claimant") and files this " STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL (WITH PREJUDICE) OF JAMES ANTHONY BILLER'S CLAIMS FOR DAMAGES " as follows:

(1) Claimant Seaman James Anthony Biller is currently the only claimant remaining in this limitation action and he has filed a bodily injury claim in this limitation action that is related to *Terilyn* but not related to CK-7 or McNear's Pier (Doc#50). Mr. Biller also filed a bodily injury lawsuit in the Northern District of California before the Hon. Samuel Conti (entitled "James Anthony Biller v. *Terilyn*, its engines, tackle, equipment, furnishings, and machinery, *in rem*, Westar Marine Services, a business entity of unknown form, *in personam*, CV10 5731 (SC)" ("Biller Action")). Petitioner's interests in the Biller Action were represented by different counsel than the undersigned. The Biller Action settled (Biller Action Doc#67) and was dismissed with prejudice by Judge Conti on 13 September 2012 (Biller Action Doc#70).

//
//
//
//
//
//
//
//
//
//
//

2
**STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL (WITH PREJUDICE) OF JAMES ANTHONY BILLER'S CLAIMS FOR DAMAGES (CV 08 3195 PJH)**

P0925.2012-1784

(2) Petitioner and claimant Biller stipulate and agree, and hereby request that this Court Order, that claimant Biller hereby withdraws his claims and assertions made in this matter for bodily injury allegedly relating to *Terilyn* and occurring on 4 January 2008 in San Pablo Bay (Doc#50) and that claimant Biller be dismissed as a party to this limitation action litigation with prejudice, each party to bear its own legal fees and costs.

IT IS SO STIPULATED:

Dated:  2 October 2012  **LAW OFFICES OF GEORGE W. NOWELL**

By: _____/s/ John H. Cigavic III_____
GEORGE W. NOWELL
JOHN H. CIGAVIC III
Attorneys for petitioner
TAURUS MARINE, INC.

IT IS SO STIPULATED:

Dated:  October 2, 2012  **BIRNBERG & ASSOCIATES**

By: _____/s/ Cory A. Birnberg_____
CORY A. BIRNBERG
Attorneys for claimant
JAMES ANTHONY BILLER

//
//
//
//
//
//
//
//
//
//

3
**STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL (WITH PREJUDICE) OF JAMES ANTHONY BILLER'S CLAIMS FOR DAMAGES (CV 08 3195 PJH)**

LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104-4322
Phone: (415) 362-1333 Fax: (415) 362-1344

P0925.2012-1784

# [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, AS ABOVE, THE COURT HEREBY ORDERS that CLAIMANT JAMES ANTHONY BILLER's claims and assertions made in this matter for bodily injury allegedly relating to *Terilyn* and occurring on 4 January 2008 in San Pablo Bay (Doc#50) are withdrawn and that Mr. Biller is dismissed as a party to this limitation action litigation with prejudice, each party to bear their own legal fees and costs.

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: October 2, 2012

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

By: _____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

Prepared by:

Dated:  2 October 2012

**LAW OFFICES OF GEORGE W. NOWELL**

By: _____/s/ John H. Cigavic III_____
GEORGE W. NOWELL
JOHN H. CIGAVIC III
Attorneys for petitioner
TAURUS MARINE, INC.

Approved as to form:

Dated:  October 2, 2012

**BIRNBERG & ASSOCIATES**

By: _____/s/ Cory A. Birnberg_____
CORY A. BIRNBERG
Attorneys for claimant
JAMES ANTHONY BILLER

---

4

**STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL (WITH PREJUDICE) OF JAMES ANTHONY BILLER'S CLAIMS FOR DAMAGES (CV 08 3195 PJH)**

LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104-4322
Phone: (415) 362-1333  Fax: (415) 362-1344

P0925.2012-1784